UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH APPLEBAUM, On Behalf of Himself and All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 1:16-cv-07062-JGK<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Josh Applebaum ("Plaintiff") and Defendant Lyft, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal *with prejudice* of Plaintiff's individual claims and *without prejudice* as to the claims of the putative class in this matter, each party to bear its own costs and attorneys' fees unless otherwise mutually agreed by the parties.

IT IS SO STIPULATED.

Dated: Aug. 1, 2017

By: _____
Lee A. Weiss
BERNS WEISS LLP
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 936-0232
lweiss@bernsweiss.com

Nealraj Bhushan
THE JACOB D. FUCHSBERG LAW
   FIRM, LLP

Dated: August 1, 2017

By: _____
Sean D. Meenan
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1586
Facsimile: (415) 591-1400
smeenan@winston.com

Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue

1

New York, NY 10110-0002
Telephone: (212) 869-3500
Facsimile: (212) 398-1532
n.bhushan@fuchsberg.com

*Attorneys for Plaintiff*

New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jamato@winston.com

Amanda L. Groves
WINSTON & STRAWN LLP
100 N. Tryon St., 29th Floor
Charlotte, NC 28202
Telephone: (704) 350-7755
Facsimile: (704) 350-7800
agroves@winston.com

*Attorneys for Defendant*